UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PASQUALE G. RAFFONE,            :    NO.:
      Plaintiff,

vs.

TATIANA MESSINA and            :    SEPTEMBER 13, 2016
FREDERICK HINE,
      Defendants.

## NOTICE OF REMOVAL

**TO:    The Judges of the United States District Court for the District of Connecticut**

FREDERICK HINE, defendant in the case styled Pasquale G. Raffone v. Tatiana Messina, et al., Docket Number FBT-CV16-5031758-S in the Superior Court, Judicial District of Fairfield at Bridgeport, Connecticut, respectfully files this Petition of Removal to the United States District Court for the District of Connecticut.

1.    The claims against the defendant were initiated by the filing of plaintiff's complaint dated April 11, 2016 and filed in the Superior Court, Judicial District of Fairfield at Bridgeport, on or about June 2, 2016. The defendant filed a Request to Revise plaintiff's complaint on or about August 2, 2016. On August 17, 2016, at a settlement conference in a different case pending in Federal Court, plaintiff hand-delivered to undersigned counsel a document entitled Plaintiff's Revised Complaint, responsive to

defendant's Request to Revise, alleging violations of plaintiff's civil rights.  This petition is brought within thirty days of plaintiff's Revised Complaint and is therefore timely.

Co-defendant Tatiana Messina has been contacted and has no objection to the filing of this Petition for Removal.

2.   This Court has subject matter jurisdiction of this matter pursuant to 28 U.S.C. Section 1331.

(a)  Plaintiff alleges, *inter alia*, that the defendant deprived plaintiff of his Constitutional right to Due Process in violation of Civil Rights Act 1871, as secured under 42 U.S.S. § 1983.

3.   All of the pleadings and orders served on the defendant in the state court action are attached hereto.

WHEREFORE, petitioner prays that the above action now pending against him in the Superior Court of the State of Connecticut, in the Judicial District of Fairfield at Bridgeport, be removed to this Court.

DEFENDANT, FREDERICK HINE

BY _____
Scott M. Karsten
Federal Bar No.: ct05277
Karsten & Tallberg, LLC
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
Telephone (860)233-5600
Telecopier (860)233-5800
skarsten@kt-lawfirm.com


## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 13th day of September, 2016, to the following pro se party and counsel of record:

Mr. Pasquale Raffone
Inmate Number: 308999
Carl Robinson Correctional Institute
285 Shaker Road
Enfield, CT 06082

Terrence M. O'Neill, Esquire
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
terrence.oneill@ct.gov


_____
Scott M. Karsten